No. 03–10971.  HOUGH v. TEXAS.  Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–10972.  GIBSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–10973.  FLOWERS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–10974.  GEORGEOFF v. TAMBI, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–10975.  GRANDISON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–10976.  HALL v. SCOTT, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 03–10977.  GUTIERREZ v. BLANKS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10978.  GRISSETTE v. RAMSEY, SHERIFF, KANE COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–10980.  MUEHLBERG v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–10981.  JONES v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir.  Certiorari denied.

No. 03–10982.  LAMMERS v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 03–10984.  MATTHEWS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–10985.  LEJEUNE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 03–10986.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.